IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Marc C. Jacobson,<br><br>Defendant. | 6:20-PO-5019-KLD<br>CVB Violation No:<br>9137552<br><br>ORDER DISMISSING AND VACATING INITIAL APPEARANCE |

_____

The United States of America has moved to dismiss this matter without prejudice. Accordingly,

IT IS ORDERED that this case is **DISMISSED** without prejudice.

IT IS FURTHER ORDERED that the initial appearance set for June 4, 2020, at 11:00 am is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau. CVB is directed to enter **NC** as the disposition code in this matter.

DATED this 3rd day of June, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge